IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RODNEY CRAIG MOUNTJOY,
Inmate # X76480,

    Plaintiff,

v.                                                      4:15cv33-WS/CAS

DEPARTMENT OF CORRECTIONS,
and TAYLOR CORRECTIONAL
INSTITUTION,

    Defendants.
_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 13, 2016. See Doc. 41. The magistrate judge recommends that the plaintiff's second amended complaint be dismissed for failure to state a claim. The plaintiff has filed objections (doc. 42) to the magistrate judge's report and recommendation.

Case 4:15-cv-00033-WS-CAS   Document 43   Filed 02/01/16   Page 2 of 2

Page 2 of 2

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted. Although he has been multiple opportunities to correct the deficiencies in his complaint, the plaintiff continues to fall far short of stating a claim upon which relief may be granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 41) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted..

4. The clerk shall enter judgment stating: "All claims are DISMISSED for failure to state a claim upon which relief may be granted."

5. The clerk shall note on the docket that this case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __1st__ day of ___February___, 2016.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE